BRISCOE et al. v. WOODBURY et al. (Circuit Court of Appeals, Eighth Circuit. January 7, 1904.) No. 1,965. Appeal from the Circuit Court of the United States for the District of Kansas. John W. Adams and George W. Adams, for appellants. George H. Whitcomb, for appellees. Dismissed, with costs, pursuant to stipulation.

---

In re CHIN KING SUNG. (Circuit Court of Appeals, Ninth Circuit. March 9, 1904.) No. 1,044. Petition for Writ of Habeas Corpus. George A. McGowan, for petitioner. Matter and writ of habeas corpus dismissed, and Mrs. Chin King Sung remanded to the custody of the United States marshal for deportation.

---

CITY OF DURHAM v. SOUTHERN RY. CO. (Circuit Court of Appeals, Fourth Circuit. December 29, 1903.) No. 496. Appeal from the Circuit Court of the United States for the Eastern District of North Carolina. Winston & Fuller, W. H. Day, and Howard A. Foushee, for appellant. W. A. Henderson and F. H. Busbee, for appellee. Dismissed and affirmed, with costs, by consent.

---

CLEVELAND, C. & C. R. CO. v. PLANTERS' COMPRESS CO. (Circuit Court of Appeals, Seventh Circuit. January 28, 1904.) No. 1,036. Appeal from the Circuit Court of the United States for the Southern District of Illinois. John T. Dye, for appellant. William Burry, for appellee. Appeal dismissed.

---

COBB v. MICHIGAN CENT. R. CO. et al. (Circuit Court of Appeals, Seventh Circuit. October 6, 1903.) No. 1,010. In Error to the Circuit Court of the United States for the Northern District of Illinois. A. E. Allen and F. K. Blake, for plaintiff in error. Dismissed for failure to pay estimated cost of printing record.

---

CONSOLIDATED RUBBER TIRE CO. et al. v. KOKOMO RUBBER CO. (Circuit Court of Appeals, Seventh Circuit. January 2, 1904.) No. 981. Appeal from the Circuit Court of the United States for the District of Indiana. Paul A. Staley and Border Bowman, for appellants. H. A. Toulmin, for appellee. Dismissed on motion of counsel for appellants.

---

EATON v. LEWIS. (Circuit Court of Appeals, Second Circuit. February 1, 1904.) No. 20. Appeal from the Circuit Court of the United States for the Southern District of New York. J. H. Hazelton, for appellant. Chas. S. Jones, for appellee. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decree affirmed, on opinion of Circuit Court. 115 Fed. 635.